**Order entered November 17, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01217-CV

### IN RE PAUL A. PROPES, JR., Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82537-08**

### ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of today's date, we **DENY** relator's petition

for writ of mandamus.

/s/    ERIN A. NOWELL
        JUSTICE